UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHERYL ANDERSON, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 17-304-DCR |
| V. | ) ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the defendant is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 9th day of February, 2018.

